IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BARRY MICHAEL PRATT, JR.**                                                                 **PLAINTIFF**
*ADC #103822*

v.                              **CASE NO. 2:25-CV-00106-BSM**

**CHAD NIELL,** *et al.*                                                                             **DEFENDANTS**

## ORDER

United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 9] is adopted; Barry Pratt, Jr.'s claims are dismissed without prejudice based on his failure to state a plausible constitutional claim for relief; in the future, this dismissal should be considered a "strike" for purposes of 28 U.S.C. section 1915(g); it is certified that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith; and the clerk is directed to close this case.

IT IS SO ORDERED this 15th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE