IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BARRY MICHAEL PRATT, JR.**  PLAINTIFF
*ADC #103822*

v.  CASE NO. 2:25-CV-00106-BSM

**CHAD NIELL,** *et al.*  DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE